IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01585-WYD-KMT

JON JAIME LEWIS;
JULIE REISKIN; and
COLORADO CROSS-DISABILITY COALITION, a Colorado Non-Profit Corporation,

     Plaintiffs,

v.

YARD HOUSE DOWNTOWN DENVER, LLC, D/B/A YARD HOUSE, a Delaware Limited Liability Company;
YARD HOUSE DENVER, LLC, a Delaware Limited Liability Company;
YARD HOUSE USA, INC., a Delaware Corporation; and
W2007 MVP DENVER, LLC D/B/A SHERATON DENVER, a Delaware Limited Liability Company,

     Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss [ECF No. 31], filed April, 2012.   After carefully reviewing the above-captioned case, I find that the stipulated motion should be granted and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss [ECF No. 31], filed April, 2012 is **GRANTED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   April 11, 2012.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE